**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                    **CHAPTER 13:**

**LATRICIA MICHELLE BROWN**                  **CASE NO. 24-00868-JAW**

**TRUSTEE'S MOTION AND NOTICE TO MODIFY PLAN**

COMES NOW, Trustee Torri Parker Martin, and files this, her Motion and Notice for Modification of Plan and in support thereof, would show unto the Court the following:

1. The Debtor filed her petition April 10, 2024.

2. The Court confirmed the Debtor's plan on July 29, 2024, which provided zero percent (0%) distribution over thirty-six (36) months to unsecured creditors.

3. The claim bar date passed June 20, 2024.

4. The total amount of timely filed and allowed unsecured creditors is $11,040.13.

5. As of today, the Debtor has $28.50 funds on-hand.

6. The Debtor's plan can be amended to increase distributions to timely filed and allowed unsecured creditors to two percent (2%).

**WHEREFORE, PREMISES CONSIDERED**, Trustee prays this Motion and Notice for Modification be received and filed and at the hearing hereon an Order be entered increasing distribution to allowed unsecured creditors two percent (2%) and authorizing the Trustee to make all changes necessary to the plan to bring about the above changes, and for such other, further, and general relief to which the Trustee and this bankruptcy estate may be entitled.

**<u>NOTICE: TO ALL TIMELY FILED AND ALLOWED UNSECURED CREDITORS</u>**

**<u>YOU ARE HEREBY NOTIFIED THAT ANY RESPONSES OR OBJECTIONS TO THIS PROPOSED MODIFICATION MUST BE FILED BY WRITTEN PLEADING WITH THE CLERK, U.S. BANKRUPTCY COURT, 501 EAST COURT STREET, SUITE 2.300, JACKSON, MS 39201; WITH A COPY TO THE UNDERSIGNED CHAPTER 13 TRUSTEE, TORRI PARKER MARTIN, POST OFFICE BOX 31980, JACKSON, MS 39286-1980 AND THE U.S. TRUSTEE WITHIN THIRTY (30) DAYS OF THE DATE OF THIS NOTICE.  IF NO OBJECTION IS TIMELY FILED, THE COURT MAY APPROVE THE PLAN AS MODIFIED.  IN THE EVENT A WRITTEN RESPONSE IS FILED, A HEARING ON THIS MOTION WILL BE HEARD AS SET BY THE COURT.</u>**

DATED: August 11, 2026

Respectfully submitted,

<u>/s/Torri Parker Martin</u>
TORRI PARKER MARTIN
CHAPTER 13 TRUSTEE
200 North Congress St. Suite 400
Jackson, MS  39201
Ofc: (601) 981-9100
Fax: (601) 981-1983
tpm@tpmartinch13.com

**CERTIFICATE OF SERVICE**

I, Torri Parker Martin, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Motion and Notice to Modify to the following, all by electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

Thomas Carl Rollins, Jr., Esq.
trollins@therollinsfirm.com

Latricia Michelle Brown
101 Abraham Dr.
Vicksburg, mS 39180

and

**All timely filed and allowed unsecured creditors listed on the attached Exhibit A**

DATED: August 11, 2026

/s/ Torri Parker Martin
Torri Parker Martin

"EXHIBIT A"

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 24-00868-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Tue Aug 11 09:53:27 CDT 2026 | U.S. Bankruptcy Court<br>Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201-5036 | Baber's<br>1904 Caly St<br>Vicksburg, MS 39183-3073 |
| Bestway<br>2904 Clay St<br>Unit C<br>Vicksburg, MS 39183-3114 | Capital One<br>P.O. Box 60599<br>City of Indus, CA 91716-0599 | ✱ Credit Acceptance Corporation<br>25505 W. 12 Mile Road, Suite 3000<br>Southfield, MI 48034-8331 |
| First Heritage<br>325 Hwy 80 E<br>Clinton, MS 39056-4717 | ✱ First Heritage Credit<br>c/o Heights Finance Corporation<br>P.O. Box 1947<br>Greenville, SC 29602-1947 | Fredericks<br>405 S Chestnut St<br>Tallulah, LA 71282-4404 |
| ✱ LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | ✱ Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Patrick Thomas<br>3045 Green St<br>Vicksburg, MS 39180-4742 |
| Purchasing Power, LLC<br>Bankruptcy Dept.<br>2727 Paces Ferry Road SE<br>Bldg. 2, Suite 1200<br>Atlanta, GA 30339-6199 | (p)MRV BANKS<br>871 STE GENEVIEVE DR<br>STE GENEVIEVE MO 63670-1406 | ✱ SAPIENTES FUNDING II, LLC<br>c/o Wakefield & Associates, LLC<br>PO BOX 58<br>FORT MORGAN CO 80701-0058 |
| (p)SELF INC<br>PO BOX 11<br>SOUTHLAKE TX 76092-0011 | Tamara Alexander<br>3045 Green St<br>Vicksburg, MS 39180-4742 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 |
| World Finance<br>Po Box 6429<br>Greenville, SC 29606-6429 | Latricia Michelle Brown<br>101 Abraham Dr<br>Vicksburg, MS 39180-8678 | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 |
| Torri Parker Martin<br>Torri Parker Martin, Chapter 13 Bankrupt<br>200 North Congress Street, Ste. 400<br>Jackson, MS 39201-1902 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| REVVI<br>Attn: Bankruptcy<br>Po Box 85800<br>Sioux Falls, SD 57118 | Self INC/Lead Bank<br>Attn: Bankruptcy<br>1801 Main St<br>Kansas City, MO 64108 | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     0<br>Total                   21 |