**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                          **CHAPTER 13:**

**LATRICIA MICHELLE BROWN**          **CASE NO. 24-00868-JAW**

## ORDER GRANTING MODIFICATION

**THIS MATTER** came before the Court on the Trustee's Motion to Modify Plan (Docket #29).  Thus, having fully considered the matter and finding no written objection having been filed within thirty (30) days, the Court does hereby order that the Trustee's Motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion to Modify Plan is hereby granted.

*##END OF ORDER##*

SUBMITTED BY:


/s/ Torri Parker Martin
TORRI PARKER MARTIN
CHAPTER 13 TRUSTEE
200 North Congress St. Suite 400
Jackson, MS 39201
Ofc: (601) 981-9100
Fax: (601) 981-1983
tpm@tpmartinch13.com